FILED 3:23 P.M.
June 11, 20 10
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 7:10-CR-13 (WLS) |
| vs. | : | INFORMATION |
| KEVIN CROW | : | VIOLATION: 18 U.S.C. § 1832 |
| | : | Theft of Trade Secrets |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
**(Theft of Trade Secrets - 18 U.S.C. § 1832)**

That on or about June of 2007, in the Valdosta Division of the Middle District of Georgia, the Defendant,

KEVIN CROW,

with the intent to convert a trade secret that is related to a product that is produced for and placed in interstate and foreign commerce, specifically customer prints, models and data, drawings of power tooling files, process books and financial data information on pricing and costs to the economic benefit of persons other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly, did without authorization, appropriate such information by downloading onto computer discs the trade secrets of Turbine Engine Components Technologies (TECT) while employed as an engineer with TECT, and taking said trade secrets from the company, in violation of Title 18, United States Code, Section 1832.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY: _____
s/JENNIFER KOLMAN
Georgia Bar No. 427930
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702
Tel: (478) 752-3511
Fax. (478) 621-2655